FILED
May 14, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____LD_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| UNITED STATES OF AMERICA | 6:24-cr-00090(1) |
|---|---|
| Plaintiff | I N D I C T M E N T |
| v | [COUNT ONE: VIO: 18 U.S.C. 2252(a)(2) and (b) – Distribution of Visual Depictions of Sexual Activities by Minors; 18 U.S.C. 2 – Aiding and Abetting] |
| (1) FOSTER DENZEL HARRIS | |
| Defendant | |

THE GRAND JURY CHARGES:

On or about January 31, 2017, in the Western District of Texas, Defendant,

**FOSTER DENZEL HARRIS**,

aided and abetted by another, knowingly distributed and attempted to distribute visual depictions, using any means or facility of interstate or foreign commerce and that had been shipped or transported in or affecting interstate or foreign commerce, and that had been produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of Title 18, United States Code, Sections 2 and 2252(a)(2) and (b).

A TRUE BILL

FOREPERSON

JAIME ESPARZA
UNITED STATES ATTORNEY

By: 
GREGORY S. GLOFF
Assistant United States Attorney